GERALD T. McFADDEN (SBN 87446)
Attorney at Law
2366 Front Street
San Diego, CA 92101
(619) 338-0507
E-mail: gtmfadden@hotmail.com

Attorney for Defendant
ELISEO GOMEZ-MADRIGAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 08CR2050-BTM |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE |
| ELISEO GOMEZ-MADRIGAL, | MOTION HEARING AND SHORTEN TIME |
| Defendant. | |

IT IS HEREBY AGREED BETWEEN THE PARTIES, Gerald T. McFadden, counsel for ELISEO GOMEZ-MADRIGAL, along with Assistant United States Attorney James P. Melendres, that the motion hearing scheduled for July 25, 2008, at 1:30 p.m. be continued until August 8, 2008 at 1:30 p.m. The defendant will enter a guilty plea before Magistrate Judge Porter on August 5. The date of the guilty plea was continued from July 22 to August 5 necessitating this motion and a motion for discovery which will be filed shortly after this motion today noticed for July 25. The parties request an order shortening time for filing and that the motion be continued to the new date.

Dated: July 24, 2008    /s / Gerald T. McFadden
                        GERALD T. McFADDEN
                        Attorney for Defendant ELISEO GOMEZ-MADRIGAL
                        gtmfadden@hotmail.com

Dated: July 24, 2008    /s/ James P.Melendrez
                        JAMES P. MELENDRES
                        Assistant United States Attorney
                        Attorney for Plaintiff UNITED STATES OF AMERICA
                        james.melendres@usdoj.gov