1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY TED MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No. 08CR2050-BTM |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | CONTINUING HEARING DATE |
| v. | ) | |
| | ) | |
| ELISEO GOMEZ-MADRIGAL, | ) | |
| | ) | July 25, 2008 at 1:30 p.m. |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and based on the stipulation of the parties, the time for the hearing on

pretrial motions is continued from July 25, 2008 at 1:30 p.m. to August 8, 2008 at 1:30 p.m.

IT IS SO ORDERED.

DATED:  July 24, 2008

Honorable Barry Ted Moskowitz
United States District Judge